**SEALED**

BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**FILED**

OCT 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:10-SW-433 EFB

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | S.W. NO. |
| ONE EXPRESS MAIL PACKAGE ADDRESSED TO: STEVE NAVARRO ITEM NO.: EE367006989CN | ORDER RE: REQUEST TO SEAL DOCUMENTS AND FOR DELAYED NOTIFICATION |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

///
///
///

1  Further, pursuant to the preclusion of notice provisions of 18 U.S.C.
2  § 2705(b) Yahoo! is ordered not to notify any person, including the
3  subscriber or customer to which the materials relate, of the
4  existence of this search warrant for 90 days, until December 30,
5  2010.
6  Date: 10-1, 2010

HON. EDMUND F. BRENNAN
United States Magistrate Judge