```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

**FILED**

JUN 24 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SEARCH WARRANT FOR ONE ) | D.C. NO. 2-10-SW-0433 EFB |
| EXPRESS MAIL PACKAGE ) | |
| ADDRESSED TO STEVE ) | APPLICATION AND ORDER |
| NAVARRO, ITEM # ) | FOR UNSEALING FILE |
| EE367006989CN ) | |

On October 1, 2010, a search warrant and affidavit were filed in the above-referenced case. The search warrant has been executed and the file can now be unsealed. The government respectfully requests that the file, search warrant and its accompanying affidavit be unsealed.

DATED: June 24, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Daniel S. McConkie
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney

                                        ORDER

SO ORDERED:

DATED: June 24, 2011                    _____
                                        HON. EDMUND F. BRENNAN
                                        U.S. Magistrate Judge